UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON, | No. 2:14-cv-0910 GGH P |
| Petitioner, | |
| v. | ORDER |
| WASCO STATE PRISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has purported to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, but has not filed an application to proceed in forma pauperis.

The petition names Wasco State Prison, and petitioner's claims are limited to his allegation that he was exposed to "Valley Fever" at Wasco State Prison, and has suffered injury and mental anguish from it, violating his civil rights.

> Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. § 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C.§1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); requests for relief turning on circumstances of confinement may be presented in a 1983 action.

Muhammad v. Close, 540 U.S.749, 750, 124 S.Ct. 1303, 1304 (2004) (per curiam).

/////

1

1    Here, the petition does not pertain to the validity or duration of petitioner's confinement,
2 but to the conditions of his confinement. It is clear that petitioner intends to bring a civil rights
3 action rather than a habeas petition. The alleged violations took place in Kern County, which is
4 part of the Fresno Division of the United States District Court for the Eastern District of
5 California. <u>See</u> Local Rule 120(d).

6    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
7 division of a court may, on the court's own motion, be transferred to the proper division of the
8 court. Therefore, this action will be transferred to the Fresno Division of the court.

9    Good cause appearing, IT IS HEREBY ORDERED that:

10    1. This action is transferred to the United States District Court for the Eastern District of
11 California sitting in Fresno; and

12    2. All future filings shall reference the new Fresno case number assigned and shall be
13 filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

16 Dated: May 21, 2014

17                               /s/ Gregory G. Hollows
18                        UNITED STATES MAGISTRATE JUDGE

20 GGH:076/Hair0910.22

2